D. & G. GIRL COAT Co., INC., Respondent, *v.* LAURA KAFKA et al., Defendants, and MARY ZABELICKY et al., Appellants.

*Appeal — motion to dismiss appeal denied.*

Reported below, 218 App. Div. 607.
(Submitted May 9, 1927; decided May 17, 1927.)

MOTION to dismiss an appeal from a judgment entered March 21, 1927, upon an order of the Appellate Division of the Supreme Court in the first judicial department, which reversed an order of Special Term denying plaintiff's

motion to strike out the answer and for judgment on the pleadings and granted said motion.

The motion was made upon the ground that an appeal did not lie to the Court of Appeals direct from the final judgment.

*Abraham M. Weinberg* and *Gerson C. Young* for motion. *Max Rackmore* opposed.

Motion denied, with ten dollars costs.